ROBERT F. BRENNAN, ESQ. (CSBN 132449)
LAW OFFICE OF ROBERT F. BRENNAN
3150 Montrose Avenue
La Crescenta, California 91214

Telephone: (818) 249-5291
Facsimile: (818) 249-4329
Email: rbrennan@brennanlaw.com

Attorneys for Plaintiff OLIVIER CHAINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER CHAINE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION LLC, et al.,<br><br>　　　　　Defendants. | Case No.: CV 15-6415-GW(Ex)<br><br>Complaint Filed 08/21/15<br>Judge Manuel L. Real<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC AND ENTIRE CASE** |

　　　　Plaintiff Olivier Chaine has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Olivier Chaine against Defendant Trans Union LLC are in all respect dismissed with prejudice to the refilling of same, with Court costs to be paid by the party incurring same. Since there are no remaining defendants in this case, the entire case is dismissed with prejudice.

DATED this 10th day of November 2015.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE